Audley Hyde v. The State.

' No. 3180.   Decided June 24, 1914.

Aggravated Assault—Indictment—Serious Bodily Injury.

Where the indictment for aggravated assault complied with the statute and alleged serious bodily injury as the ground of aggravation, the same was sufficient, and in the absence of a statement of facts, it must be presumed that the same was proven.

Appeal from the County Court of Williamson.   Tried below before the Hon. Richard Critz.

Appeal from a conviction of aggravated assault; penalty, a fine of $25 and thirty days confinement in the county jail.

The opinion states the case.

No brief on file for appellant.

C. E. Lane, Assistant Attorney General, for the State.

HARPER, JUDGE.—Appellant was convicted of aggravated assault, from which conviction he prosecutes this appeal.

No statement of facts accompanies the record; neither does it contain any bills of exception, and under such circumstances the only ground in the motion we can consider is the one alleging that the "indictment does not sufficiently charge on aggravated assault, nor does it charge the means by which serious bodily injury was inflicted."   The indictment alleges that appellant "did then and there unlawfully commit an aggravated assault and battery in and upon A. Luedtke, and did then and there beat, wound and bruise the said A. Luedtke, with his hands and feet, by kicking and stamping said A. Luedtke with his said feet, and did then and there thereby and therewith inflict serious bodily injury upon said A. Luedtke," etc.   This indictment is in strict conformity with the forms under subdivision 7 of article 601 of White's Ann. Penal Code, and where serious bodily injury is the ground of aggravation relied on, the allegations are sufficient.   The means used in inflicting the injury are not to be the criterion under this subdivision of article 601 of the statute, but the injury inflicted, and it must be serious bodily injury, and in the absence of a statement of facts we must presume that the injury was serious.

The judgment is affirmed.

*Affirmed.*